IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH
CAROLINA CHARLOTTE DIVISION

Civil Action No. 3:21-CV-618

AIMEE IRENE AQUINO,

  Plaintiff,

    v.                                **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

THE CITY OF CHARLOTTE,

  Defendant.

**NOW COMES** Defendant, City of Charlotte, in the above-captioned matter, pursuant to Rule 7.1(C) and Rule 56 of the Federal Rules of Civil Procedure and respectfully moves this Court for an Order Granting Summary Judgment to Defendant for the reasons set forth in Defendant's Brief in Support of Motion for Summary Judgment being filed herewith.

Defendant is entitled to summary judgment as the pleadings, depositions, exhibits to depositions, public records and documents produced in discovery establish there is no genuine issue as to any material fact and Defendant is entitled to judgment as a matter of law.

**WHEREFORE**, Defendant respectfully requests that this Court issue an Order granting this Motion for Summary Judgment in favor of Defendant.

This 1st day of April, 2024.

/s/ Lori R. Keeton
Lori Keeton, N.C. Bar No. 25813
The Law Offices of Lori Keeton
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210
Telephone: (704) 552-3614
Facsimile: (704) 919-5059
lkeeton@lorikeetonlaw.com
*Attorney for City of Charlotte*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was served on all attorneys of record using the Court's CM/ECF system which will send notification of such filing to any CM/ECF participants.

This 1st day of April, 2024.

/s/ Lori R. Keeton
Lori Keeton, N.C. Bar No. 25813
The Law Offices of Lori Keeton
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210
Telephone: (704) 552-3614
Facsimile: (704) 919-5059
lkeeton@lorikeetonlaw.com
*Attorney for City of Charlotte*