# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Aimee Irene Aquino**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00618-FDW-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Charlotte | ) | |
| Spencer B. Merriweather III**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 20, 2024 Order.

June 20, 2024

Katherine Hord Simon, Clerk
United States District Court